| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Central District of California |
| Case number (If known): _____ Chapter 7 |



☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Vadim
First name

_____
Middle name

Perelman
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – 9 0 1 5     OR     9 xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Official Form 105         Involuntary Petition Against an Individual         page 1

Debtor    **Vadim Perelman**    Case number (if known) _____

|   | | | |
|---|---|---|---|
| 6. Debtor's address | **Principal residence** | | **Mailing address, if different from residence** |
| | 19    W. 10th Street, Apt. 1 <br> Number    Street | | 1875    Century Park East, Suite 700 <br> Number    Street |
| | New York    NY    10011 <br> City    State    ZIP Code | | Los Angeles    CA    90067 <br> City    State    ZIP Code |
| | New York County <br> County | | |
| | **Principal place of business** | | |
| | 1875    Century Park East, Suite 700 <br> Number    Street | | |
| | Los Angeles    CA    90067 <br> City    State    ZIP Code | | |
| | Los Angeles County <br> County | | |

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

Debtor    Vadim Perelman                                    Case number (if known) _____

| Part 3: | Report About the Case |

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Sofiya Machulskaya | promissory note | $ 16,093,562.16 |
| *[Alleged debtor has fewer than 12 creditors.]* | | $ |
| | | $ |
| | Total | $ 16,093,562.16 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

| Debtor | Vadim Perelman | Case number (if known) |
|---|---|---|

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _____
Signature of petitioner or representative, including representative's title

Sofiya Machulskaya
Printed name of petitioner

Date signed  11/03/2018
              MM / DD / YYYY

**Mailing address of petitioner**

48, boulevard Grande-Duchesse Charlotte
Number    Street

L-1330 Luxembourg
City                State              ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Attorneys**

X /s/ JCKrause
Signature of attorney

Jeffrey C. Krause, Esq.
Printed name

Gibson, Dunn & Crutcher LLP
Firm name, if any

333    S. Grand Avenue
Number    Street

Los Angeles            CA        90071
City                   State      ZIP Code

Date signed  11/02/2018
              MM / DD / YYYY

Contact phone 213.229.7995    Email jkrause@gibsondunn.com

---

Official Form 105      Involuntary Petition Against an Individual      page 4

Debtor    Vadim Perelman    Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_ Manager A
Signature of petitioner or representative, including representative's title

Sofiya Machulskaya
Printed name of petitioner

Date signed   11/03/2018
              MM / DD / YYYY

**Mailing address of petitioner**

48, boulevard Grande-Duchesse Charlotte
Number   Street

L-1330 Luxembourg
City                State          ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone   _____

Email   _____

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                State          ZIP Code

**Attorneys**

X _____
Signature of attorney

Jeffrey C. Krause, Esq.
Printed name

Gibson, Dunn & Crutcher LLP
Firm name, if any

333   S. Grand Avenue
Number   Street

Los Angeles            CA       90071
City                   State    ZIP Code

Date signed   11/02/2018
              MM / DD / YYYY

Contact phone 213.229.7995   Email jkrause@gibsondunn.com

---

Official Form 105    Involuntary Petition Against an Individual    page 4

Debtor    Vadim Perelman _____    Case number (if known)_____

| ✗ _____ | ✗ _____ |

Signature of petitioner or representative, including representative's title        Signature of Attorney

Printed name of petitioner        Printed name

Date signed ___ / ___ / _____        Firm name, if any
MM / DD / YYYY

**Mailing address of petitioner**        Number   Street

Number   Street        City        State        ZIP Code

City        State        ZIP Code        Date signed ___ / ___ / _____
MM / DD / YYYY

**Name and mailing address of petitioner's representative, if any**        Contact phone _____    Email _____

Name

Number   Street

City        State ZIP Code

---

✗ _____        ✗ _____

Signature of petitioner or representative, including representative's title        Signature of Attorney

Printed name of petitioner        Printed name

Date signed ___ / ___ / _____        Firm name, if any
MM / DD / YYYY

**Mailing address of petitioner**        Number   Street

Number   Street        City        State        ZIP Code

City        State        ZIP Code        Date signed ___ / ___ / _____
MM / DD / YYYY

**Name and mailing address of petitioner's representative, if any**        Contact phone _____    Email _____

Name

Number   Street

City        State        ZIP Code

Official Form 105        Involuntary Petition Against an Individual        page **5**