GIBSON, DUNN & CRUTCHER LLP
JEFFREY C. KRAUSE, SBN 94053
  jkrause@gibsondunn.com
SABINA JACOBS MARGOT, SBN 274829
  sjacobs@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Petitioning Creditor
SOFIYA MACHULSKAYA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VADIM PERELMAN,<br><br>            Alleged Debtor. | CASE NO. 18-23024-BR<br><br>Chapter 7<br><br>**STIPULATION BETWEEN PETITIONING CREDITOR AND ALLEGED DEBTOR REGARDING CONTINUANCE OF STATUS CONFERENCE IN INVOLUNTARY BANKRUPTCY CASE**<br><br>[Order Approving Stipulation Filed Concurrently Herewith] |

Sofiya Machulskaya (the "Petitioning Creditor") and Vadim Perelman (the "Alleged Debtor"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on November 5, 2018 (the "Petition Date"), the Petitioning Creditor filed an involuntary petition against the Alleged Debtor (the "Involuntary Petition");

**WHEREAS**, on November 7, 2018, the Court scheduled a status conference on the Involuntary Petition (the "Status Conference") on December 18, 2018 at 2:00 p.m.;

**WHEREAS**, on December 3, 2018, the Alleged Debtor filed his Notice of Motion and Motion to Dismiss Involuntary Bankruptcy Case; Memorandum of Points and Authorities in Support

Thereof; Declaration of Vadim Perelman in Support Thereof (the "Motion to Dismiss");

**WHEREAS**, the Alleged Debtor noticed the hearing on his Motion to Dismiss for January 3, 2019 at 10:00 a.m.;

**WHEREAS**, the Petitioning Creditor and the Alleged Debtor have agreed to continue the Status Conference to January 3, 2019 at 10:00 a.m.; and

**WHEREAS**, conducting the Status Conference immediately after the hearing on the Alleged Debtor's Motion to Dismiss will promote judicial economy and preserve party resources.

**NOW THEREFORE** the Petitioning Creditor and the Alleged Debtor hereby stipulate and agree that the Status Conference currently scheduled for December 18, 2018, be continued to January 3, 2019 at 10:30 a.m., to be conducted immediately following the hearing on the Alleged Debtor's Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: December 13, 2018

GIBSON, DUNN & CRUTCHER LLP
Jeffrey C. Krause
Sabina Jacobs Margot

By: /s/ Jeffrey C. Krause
    Jeffrey C. Krause

Attorneys for Petitioning Creditor
SOFIYA MACHULSKAYA

Dated: December 13, 2018

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
David L. Neale
Irv M. Gross

By: [signature]
    David L. Neale

Attorneys for Alleged Debtor
VADIM PERELMAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

333 S. Grand Avenue, 46th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN PETITIONING CREDITOR AND ALLEGED DEBTOR REGARDING CONTINUANCE OF STATUS CONFERENCE IN INVOLUNTARY BANKRUPTCY CASE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 13, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 13, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 13, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 13, 2018 | Pamela Santos | */s/ Pamela Santos* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**Via Court's NEF:**

Jeffrey C. Krause    JKrause@gibsondunn.com
David L. Neale      dln@lnbyb.com
Irving M. Gross     img@lnbyb.com


**Via U.S. Mail:**

Vadim Perelman
1875 Century Park East, Suite 700
Los Angeles, CA 90067

United States Trustee (LA)
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017


**Via Overnight Mail:**

United States Bankruptcy Court
Roybal Federal Building
255 East Temple Street
Suite 1660
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**